**DAVID H. ANGELI**, OSB No. 020244
david@angelicalfo.com
**PETER D. HAWKES,** OSB No. 071986
peter@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**MATTHEW S. OWEN, P.C.** (*pro hac vice* forthcoming)
matt.owen@kirkland.com
**MEREDITH M. POHL** (*pro hac vice* forthcoming)
meredith.pohl@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>*Plaintiffs*, | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT** |

PAGE 1 – CORPORATE DISCLOSURE STATEMENT

v.

DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON,

and

KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and SHANNON BEAMAN, JENNIFER HALL, AMY KIRKBRIDE, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities as BOARD MEMBERS OF THE OREGON BOARD OF PHARMACY.

   *Defendants*.

This Corporate Disclosure Statement is filed on behalf of Plaintiffs AbbVie Inc., Allergan, Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Pharmacyclics LLC, and Allergan Sales, LLC (collectively "AbbVie") in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure. Pursuant to that Rule, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party hereby declares as follows:**

1. Allergan, Inc. is the subsidiary or other affiliate of a privately held parent corporation that owns 10% or more of its stock.

   **Parent:** Allergan Finance, LLC        **Relationship:** 100% owner

2. Durata Therapeutics, Inc. is the subsidiary or other affiliate of a privately held parent corporation that owns 10% or more of its stock.

   **Parent:** Allergan W.C. Holding Inc.   **Relationship:** 100% owner

3. AbbVie Products LLC is the subsidiary or other affiliate of a privately held parent corporation that owns 10% or more of its stock.

   **Parent:** AbbVie Inc.                  **Relationship:** 100% owner

4. Pharmacyclics LLC is the subsidiary or other affiliate of a privately held parent corporation that owns 10% or more of its stock.

    **Parent:** AbbVie Inc.        **Relationship:** 100% owner

5. Allergan Sales, LLC is the subsidiary or other affiliate of a privately held parent corporation that owns 10% or more of its stock.

    **Parent:** Allergan Holdings, Inc. and Allergan Holdco US, Inc.

    **Relationship:** 51.8% and 48.2% ownership, respectively.

6. No corporation owns 10% or more of AbbVie Inc.'s stock. AbbVie Inc. is the ultimate parent of each of the aforementioned companies.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: July 30, 2025        Respectfully submitted,

        */s/ Peter D. Hawkes*
**DAVID H. ANGELI**, OSB No. 020244
david@angelicalfo.com
**PETER D. HAWKES,** OSB No. 071986
peter@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**MATTHEW S. OWEN, P.C.** (*pro hac vice* forthcoming)
matt.owen@kirkland.com
**MEREDITH M. POHL** (*pro hac vice* forthcoming)

PAGE 4 – CORPORATE DISCLOSURE STATEMENT

meredith.pohl@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

*Counsel for Plaintiffs*

PAGE 5 – CORPORATE DISCLOSURE STATEMENT