UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AbbVie, Inc., et al.

                Plaintiff(s),

v.

Rayfield, et al.

                Defendant(s).

Case No.: 6:25-cv-01332-MC

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney __Matthew Scott Owen__ requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

*See attached party list.

In support of this application, I certify that: 1) I am an active member in good standing with the __Texas__ State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)    PERSONAL DATA:**

Name: __Owen__      __Matthew__      __S.__
      *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Agency/firm affiliation: __Kirkland & Ellis LLP__

Mailing address: __1301 Pennsylvania Avenue, N.W.__

City: __Washington__     State: __DC__     Zip: __20004__

Phone number: __(202) 389-5943__     Fax number: ____

Business e-mail address: __matt.owen@kirkland.com__

**(2) BAR ADMISSION INFORMATION:**

 **(a)**   State bar admission(s), date(s) of admission, and bar number(s):
    *See attached admission list.

 **(b)**   Other federal court admission(s) and date(s) of admission:
    *See attached admission list.

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

[✓] I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

[ ] I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 08/01/2025

/s/ Matthew S. Owen
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: _____Hawkes_____Peter_____D._____
              (Last Name)      (First Name)       (MI)     (Suffix)

OSB number: 071986

Agency/firm affiliation: Angeli & Calfo LLC

Mailing address: 121 SW Morrison Street, Suite 400

City: Portland                State: OR      Zip: 97204

Phone number: (503) 954-2232   Fax number: (503) 227-0880

Business e-mail address: peter@angelicalfo.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:25-cv-01332-MC.

DATED: 08/01/2025.

_____
(*Signature of Local Counsel*)

**Motion for Leave to Appear *Pro Hac Vice*** <br> **Matthew S. Owen**

**PARTIES REPRESENTED:**

AbbVie Inc. (a Delaware corporation)
Allergan, Inc. (a Delaware corporation)
Durata Therapeutics, Inc. (a Delaware corporation)
AbbVie Products LLC (a Georgia limited liability company)
Pharmacyclics LLC (a Delaware limited liability company)
Allergan Sales, LLC (a Delaware limited liability company

**Motion for Leave to Appear *Pro Hac Vice*
Matthew S. Owen**

**(2) BAR ADMISSION INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar number(s):

| Jurisdiction | Date of Admission | Bar Number |
|---|---|---|
| New York State Court | 1/22/2009 | 4650388 |
| Texas State Court | 5/4/2012 | 24081078 |
| DC Court of Appeals | 5/10/2013 | 1013970 |

(b) Other federal court admission(s) and date(s) of admission:

| Jurisdiction | Date of Admission | Bar Number |
|---|---|---|
| U.S. District Court, Colorado | 6/27/2025 | 2690936 |
| U.S. District Court, District of Columbia | 12/2/2013 | |
| U.S. District Court, Southern District of New York | 3/23/2021 | 4650388 |
| U.S. District Court, Southern District of Texas | 10/13/2020 | 3599188 |
| U.S. District Court, North Dakota | 4/14/2025 | |
| U.S. District Court, Nebraska | | |
| U.S. Court of Federal Claims | 12/23/2019 | |
| U.S. Court of Appeals, Tenth Circuit | 5/4/2009 | |
| U.S. Court of Appeals, Ninth Circuit | 1/28/2010 | |
| U.S. Court of Appeals, Fourth Circuit | 12/15/2011 | |
| U.S. Court of Appeals, DC Cir. | 8/15/2012 | |
| U.S. Court of Appeals, Third Circuit | 1/23/2013 | |
| U.S. Court of Appeals, Second Circuit | 1/24/2013 | |
| U.S. Court of Appeals, Seventh Circuit | 2/1/2013 | |
| U.S. Court of Appeals, Eighth Circuit | 7/15/2013 | 13-0318 |
| U.S. Court of Appeals, Federal Circuit | 4/12/2024 | |
| U.S. Court of Appeals, Fifth Circuit | 7/30/2024 | |
| U.S. Supreme Court | 8/31/2012 | |



**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**OATH OF ADMISSION**

I, __Matthew S. Owen__, do solemnly swear or affirm that:

I will support and defend the Constitution and laws of the United States of America;

I will be familiar with and observe all rules governing the practice of law in this Court;

I will abide by the professional standards adopted by this Court, including the Standards of Professional Conduct and the Statement of Professionalism; and

I will conduct myself with dignity and civility toward judicial officers, Court staff, parties, witnesses, and others.

_____
(Signature of Applicant)

__7__ / __31__ / __2025__
(Date)