DAN RAYFIELD  
Attorney General  
SHAUNEE MORGAN  #194256  
CARTER BRACE #243828  
Assistant Attorneys General  
SCOTT KENNEDY D.C. Bar #1658085  
Senior Assistant Attorney General  
Department of Justice  
100 SW Market Street  
Portland, OR 97201  
Telephone: (971) 673-1880  
Fax: (971) 673-5000  
Email:  Shaunee.Morgan@doj.oregon.gov  
        Scott.Kennedy@doj.oregon.gov  
        Carter.Brace@doj.oregon.gov  

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>      Plaintiffs,<br><br>    v.<br><br>DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON, and KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and SHANNON BEAMAN, | Case No.  6:25-CV-01332-IM<br><br>NOTICE OF ASSOCIATION OF COUNSEL |

Page 1 -    NOTICE OF ASSOCIATION OF COUNSEL  
      S6M/j3b/1000732139

Department of Justice  
100 SW Market Street  
Portland, OR 97201  
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| JENNIFER HALL, AMY KIRKBRIDE, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities as BOARD MEMBERS OF THE OREGON BOARD OF PHARMACY<br><br>Defendants. | |

## NOTICE OF ASSOCIATION OF COUNSEL

State Defendants hereby give notice that Carter E. Brace, Assistant Attorney General, is now an additional counsel of record in this proceeding. Shaunee Morgan, Assistant Attorney General, and Scott Kennedy, Senior Assistant Attorney General, continue as counsel.

The address for the receipt of all correspondence and pleadings remains the same.

DATED October 2, 2025.

                                          Respectfully submitted,

                                          DAN RAYFIELD
                                          Attorney General


                                          *s/ Carter Brace*
                                          SHAUNEE MORGAN #194256
                                          CARTER BRACE #243828
                                          Assistant Attorneys General
                                          SCOTT KENNEDY D.C. Bar #1658085
                                          Senior Assistant Attorney General
                                          Trial Attorneys
                                          Tel (971) 673-1880
                                          Fax (971) 673-5000
                                          Shaunee.Morgan@doj.oregon.gov
                                          Scott.Kennedy@doj.oregon.gov
                                          Carter.Brace@doj.oregon.gov
                                          Of Attorneys for Defendants

Page 2 -    NOTICE OF ASSOCIATION OF COUNSEL
S6M/j3b/1000732139

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000