DAN RAYFIELD
Attorney General
SHAUNEE MORGAN  #194256
CARTER BRACE #243828
Assistant Attorneys General
SCOTT KENNEDY D.C. Bar #1658085
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Shaunee.Morgan@doj.oregon.gov
          scott.kennedy@doj.oregon.gov
          Carter.Brace@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company), | Case No.  6:25-CV-01332-IM  DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER |
|         Plaintiffs, | |
|     v. | |
| DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON, and KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and SHANNON BEAMAN, JENNIFER HALL, AMY KIRKBRIDE, VICTORIA KROEGER, PRIYAL PATEL, | |

Page 1 -    DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

ANA PINEDO, and BRYAN SMITH, in their
official capacities as BOARD MEMBERS OF
THE OREGON BOARD OF PHARMACY

　　　　Defendants.

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, the undersigned counsel for the State Defendants certify that they

have conferred in good faith with counsel for Plaintiffs.  Plaintiffs consent to this motion.

## MOTION

Defendants respectfully move this Court, pursuant to Fed. R. Civ. P. 6(b), to temporarily

suspend the deadline to serve and file the Answer to Plaintiffs' First Amended Complaint,

understanding that a new deadline for Defendants' Answer will be proposed as part of a joint

briefing schedule on cross motions for summary judgment.  Counsel for Plaintiffs consent to this

approach to the Answer deadline and a joint briefing schedule.  The current deadline to file the

Answer is Friday, October 3, 2025.

The reasons for this request are to: (1) account for Defendants' counsels' prescheduled

vacation and obligations and deadlines in other cases and (2) allow time for the parties to confer

about a proposed briefing schedule.  This is Defendants' first motion to extend time and is made

in good faith and not for the purpose of undue delay.

DATED October  2 , 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

　　　*s/ Carter E. Brace*
SHAUNEE MORGAN #194256
CARTER BRACE #243828
Assistant Attorneys General
SCOTT KENNEDY D.C. Bar #1658085
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Shaunee.Morgan@doj.oregon.gov
Scott.Kennedy@doj.oregon.gov
Carter.Brace@doj.oregon.gov
Of Attorneys for Defendants

S6M/j3b/1000499205

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000