**DAVID H. ANGELI**, OSB No. 020244
david@angelicalfo.com
**PETER D. HAWKES,** OSB No. 071986
peter@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

**MATTHEW S. OWEN, P.C.** (*pro hac vice*)
matt.owen@kirkland.com
**MEREDITH M. POHL** (*pro hac vice*)
meredith.pohl@kirkland.com
**NEIL A. JOSEPH** (*pro hac vice*)
neil.jospeh@kirkland.com
**HANNA EDDY** (*pro hac vice*)
hanna.eddy@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); | Case No.: 6:25-cv-01332-IM<br><br>**STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY** |

PAGE 1 – STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY

ALLERGAN SALES, LLC (a Delaware limited liability company),

    *Plaintiffs*,

v.

DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON,

and

KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and SHANNON BEAMAN, JENNIFER HALL, AMY KIRKBRIDE, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities as BOARD MEMBERS OF THE OREGON BOARD OF PHARMACY.

    *Defendants*.

PAGE 2 – STIPULATION AND PROPOSED ORDER REGARDING
   DISCOVERY

Plaintiffs AbbVie Inc., Allergan Inc., Durata Therapeutics, Inc., AbbVie Products LLC, Pharmacyclics LLC, Allergan Sales LLC (collectively, "AbbVie" or "Plaintiffs"), Defendant Dan Rayfield in his official capacity as Attorney General of the State of Oregon, and Defendant Kathleen Chinn in her official capacity as Board President of the Oregon Board of Pharmacy and Richard Joyce in his official capacity as Board Vice President of the Oregon Board of Pharmacy and Shannon Beaman, Jennifer Hall, Amy Kirkbride, Victoria Kroeger, Priyal Patel, Ana Pinedo and Bryan Smith in their official capacities as Board Members of the Oregon Board of Pharmacy (together with Plaintiffs, the "Parties"), by and through their undersigned attorneys, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their First Amended Complaint on August 11, 2025 (Dkt. 18);

WHEREAS, the Parties wish for an expeditious resolution of the pending lawsuit and believe that permitting limited discovery will be conducive to that end;

WHEREAS, Plaintiffs believe third party discovery will assist in their ability to develop and substantiate the record;

NOW THEREFORE, the Parties stipulate that discovery may proceed prior to Defendants' answer of the complaint, within the following parameters:

1) Third party discovery pursuant to Rule 45; and

PAGE 3 – STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY

2) Deposition(s) of third-party witnesses on mutually agreeable date(s) pursuant to Rule 30.

*See* Fed. R. Civ. P. 26(a)(1)(B) (parties may seek discovery in advance of a Rule 26(f) conference where agreed "by stipulation").

Nothing in this stipulation shall be construed to prejudice either party or constitute a waiver of the respective party's rights.

Dated: October 6, 2025

Respectfully submitted,

/s/ *Peter D. Hawkes*
DAVID H. ANGELI, OSB No. 020244
david@angelicalfo.com
PETER D. HAWKES, OSB No. 071986
peter@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

MATTHEW S. OWEN, P.C. (*pro hac vice*)
matt.owen@kirkland.com
MEREDITH M. POHL (*pro hac vice*)
meredith.pohl@kirkland.com
NEIL A. JOSEPH (*pro hac vice*)
neil.joseph@kirkland.com
HANNA EDDY (*pro hac vice*)
hanna.eddy@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000

*Counsel for Plaintiffs*

PAGE 4 – STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY

           *s/ Carter Brace*
           SHAUNEE MORGAN #194256
           CARTER BRACE #243828
           Assistant Attorneys General
           SCOTT KENNEDY D.C. Bar #1658085
           Senior Assistant Attorney General
           Trial Attorneys
           Tel (971) 673-1880
           Fax (971) 673-5000
           Shaunee.Morgan@doj.oregon.gov
           Scott.Kennedy@doj.oregon.gov
           Carter.Brace@doj.oregon.gov

           *Of Attorneys for Defendants*

APPROVED AND SO ORDERED:

_____
Hon. Karin J. Immergut
United States District Judge

Dated: _____

PAGE 5 – STIPULATION AND PROPOSED ORDER REGARDING
   DISCOVERY