DAN RAYFIELD
Attorney General
SHAUNEE MORGAN  #194256
CARTER BRACE #243828
Assistant Attorneys General
SCOTT KENNEDY D.C. Bar #1658085
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Shaunee.Morgan@doj.oregon.gov
           scott.kennedy@doj.oregon.gov
           Carter.Brace@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>Plaintiffs,<br><br>v.<br><br>DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON, and KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and SHANNON BEAMAN, | Case No.  6:25-CV-01332-IM<br><br>DEFENDANTS' AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER |

Page 1 -   DEFENDANTS' AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO
            ANSWER
    S6M/j3b/1001834350

| | |
|---|---|
| JENNIFER HALL, AMY KIRKBRIDE, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities as BOARD MEMBERS OF THE OREGON BOARD OF PHARMACY<br><br>Defendants. | |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, the undersigned counsel for the State Defendants certify that they have conferred in good faith with counsel for Plaintiffs. Plaintiffs consent to this motion.

## MOTION

Defendants moved this Court on October 2, 2025, pursuant to Fed. R. Civ. P. 6(b), to temporarily suspend the deadline to serve and file the Answer to Plaintiffs' First Amended Complaint, understanding that a new deadline for Defendants' Answer would be proposed as part of a joint briefing schedule on cross motions for summary judgment. Dkt. 40. The deadline to file the Answer was Friday, October 3, 2025. On October 7, 2025, the Court asked that the parties amend that motion to include the general parameters for the scope of limited discovery and a proposed briefing schedule. The parties therefore submit this amended motion. Counsel for Plaintiffs consent to the below approach to the parameters of discovery, the Answer deadline, and a joint briefing schedule.

The reasons for this request were to: (1) account for Defendants' counsels' prescheduled vacation and obligations and deadlines in other cases and (2) allow time for the parties to confer about a proposed briefing schedule. This is Defendants' first motion to extend time and is made in good faith and not for the purpose of undue delay.

***Purpose of Discovery.*** Plaintiffs ("AbbVie") believe discovery is necessary to develop the record related to its Takings Clause and preemption claims. It is AbbVie's position that its claims turn on the facts on the ground—and in particular, information in the possession of third parties. For example, AbbVie's Fifth Amendment takings claim involves questions of title to property (i.e., medications) and how it is transferred; whether they have been taken for public or

Page 2 -   DEFENDANTS' AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
S6M/j3b/1001834350

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

private use; and, in defense of the regulatory-takings doctrine, the character of the governmental action at issue—in this case, as AbbVie has alleged, transferring the economic value of its property to other for-profit entities without a corresponding benefit to 340B patients. AbbVie believes the preemption claims in this case turn in part on whether Oregon's statute has any effect on delivery of drugs; and on whether it requires cooperation with unlawful diversion of federal benefits, by requiring delivery of 340B drugs without preserving covered entities' title to drugs and a principal-agent relationship with contract pharmacy chains. AbbVie will seek, at a minimum, the production of contracts between covered entities and contract pharmacies, which are crucial to understanding the nature of the relationships at issue in this case.

*Parameters of Discovery.* AbbVie intends to seek targeted third-party discovery in the interest of an expeditious resolution of the pending lawsuit. The parties have agreed that AbbVie will issue deposition and document subpoenas to no more than ten (10) third-party entities. The parties have agreed to conclude third-party discovery, including depositions, by February 13, 2026.

Page 3 -   DEFENDANTS' AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
S6M/j3b/1001834350

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

***Briefing Schedule.*** The parties request that the Court order the following deadlines related to the Answer and summary judgment briefing schedule:

| Event | Deadline |
|---|---|
| Answer to Complaint | 11/17/2025 |
| Close of Discovery | 2/13/2026 |
| Plaintiffs' Motion for Summary Judgment | 3/20/2026 |
| Defendants' Cross-Motion and Response | 4/24/2026 |
| Plaintiffs' Response and Reply | 5/29/2026 |
| Defendants' Reply | 6/26/2026 |

DATED October 14, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General


　　　*s/ Carter E. Brace*
SHAUNEE MORGAN #194256
CARTER BRACE #243828
Assistant Attorneys General
SCOTT KENNEDY D.C. Bar #1658085
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Shaunee.Morgan@doj.oregon.gov
Scott.Kennedy@doj.oregon.gov
Carter.Brace@doj.oregon.gov
Of Attorneys for Defendants

Page 4 -    DEFENDANTS' AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
S6M/j3b/1001834350

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000