Christopher J. Kayser (OSB #984244)
ckayser@lvklaw.com
David G. Samuels (OSB #206308)
dsamuels@lvklaw.com
LARKINS VACURA KAYSER LLP
121 SW Morrison Street, Suite 700
Portland, Oregon 97204
Telephone: 503-222-4424

*Attorneys for Intervenor*
*Oregon Primary Care Association*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON,<br><br>and<br><br>KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and SHANNON BEAMAN, JENNIFER HALL, AMY KIRKBRIDE, VICTORIA KROEGER, | Case No. 6:25-cv-01332-IM<br><br>ORDER GRANTING PROPOSED INTERVENOR OREGON PRIMARY CARE ASSOCIATION'S UNOPPOSED MOTION TO INTERVENE |

| | |
|---|---|
| PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities as BOARD MEMBERS OF THE OREGON BOARD OF PHARMACY,<br><br>      Defendants. | |
| OREGON PRIMARY CARE ASSOCIATION,<br><br>      Intervenor. | |

This matter, having come before the Court on Proposed Intervenor Oregon Primary Care Association's Unopposed Motion to Intervene, and the Court having considered that motion,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Oregon Primary Care Association be permitted to participate in this proceeding.

SO ORDERED, this _____ day of _____.

_____
Hon. Karin J. Immergut
United States District Judge