DAN RAYFIELD
Attorney General
SHAUNEE MORGAN  #194256
CARTER BRACE #243828
Assistant Attorneys General
SCOTT KENNEDY D.C. Bar #1658085
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Shaunee.Morgan@doj.oregon.gov
          Carter.Brace@doj.oregon.gov
          Scott.Kennedy@doj.oregon.gov

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company), | Case No.  6:25-CV-01332-IM<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME |
| Plaintiffs, | |
| v. | |
| DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON, and KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and JENNIFER HALL, AMY KIRKBRIDE, VICTORIA KROEGER, | |

Page 1 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
S6M/j3b/1014529983

PRIYAL PATEL, ANA PINEDO, and
BRYAN SMITH, in their official capacities as
BOARD MEMBERS OF THE OREGON
BOARD OF PHARMACY

        Defendants,

and

OREGON PRIMARY CARE
ASSOCIATION,

        Intervenor.

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, the undersigned counsel for the State Defendants certify that they have conferred in good faith with counsel for Plaintiffs and Intervenor. Plaintiffs and Intervenor consent to this motion.

## MOTION

Plaintiffs moved this Court on January 27, 2026, pursuant to Fed. R. Civ. P. 6(b), to extend the deadlines for the close of fact discovery and the briefing of cross-motions for summary judgment. Dkt. 62. The Court granted the unopposed motion and adopted the deadlines proposed therein. Dkt. 63. Also relevant to this Motion, Plaintiffs disclosed their expert testimony to Defendants and Intervenor on February 2, 2026. Accordingly, Defendants and Intervenor currently have until March 4, 2026 to disclose their own expert testimony for the purposes of rebuttal. *See* Fed. R. Civ. P. 26(a)(2)(D)(ii).

The parties have worked diligently in recent months to establish the terms of expert discovery in this case. That work includes Defendants and Intervenor's efforts to retain an expert witness who will purport to rebut Plaintiffs' expert testimony. Having recently retained such an expert, Defendants and Intervenor seek an extension of twenty-six days in which their expert can familiarize herself with the case and prepare an expert report. In addition, Plaintiffs now wish to prepare and disclose an expert reply report to address the expert testimony offered by Defendants and Intervenor. Plaintiffs, therefore, request a period of eleven days in which to review and address the expert rebuttal testimony offered by Defendants and Intervenor. If these

Page 2 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

requests for new or extended discovery deadlines are granted, the parties would also need extensions for the close of discovery and the deadlines for briefing cross-motions for summary judgment. This is Defendants' second motion to extend time and is made in good faith and not for the purpose of undue delay.

*Briefing Schedule.* The parties request that the Court order the following deadlines related to discovery and summary judgment briefing:

| Event | Deadline | New Proposed Deadline |
|---|---|---|
| Expert Rebuttal Reports Due | 3/4/2026 | 3/30/2026 |
| Expert Reply Reports Due | N/A | 4/10/2026 |
| Close of Discovery | 3/13/2026 | 4/17/2026 |
| Plaintiffs' Motion for Summary Judgment | 4/17/2026 | 5/8/2026 |
| Defendants and Intervenor's Cross-Motions and Responses | 5/22/2026 | 6/9/2026 |
| Plaintiffs' Response and Reply | 6/26/2026 | 7/13/2026 |
| Defendants and Intervenor's Replies | 7/24/2026 | 8/10/2026 |

DATED February 26 , 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Carter Brace*
SHAUNEE MORGAN #194256
CARTER BRACE #243828
Assistant Attorneys General
SCOTT KENNEDY D.C. Bar #1658085
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Shaunee.Morgan@doj.oregon.gov
Carter.Brace@doj.oregon.gov
Scott.Kennedy@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -    DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
S6M/j3b/1014529983

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000