DAN RAYFIELD
Attorney General
SHAUNEE MORGAN  #194256
CARTER BRACE #243828
Assistant Attorneys General
SCOTT KENNEDY D.C. Bar #1658085
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Shaunee.Morgan@doj.oregon.gov
        Carter.Brace@doj.oregon.gov
        Scott.Kennedy@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ABBVIE INC. (a Delaware corporation); ALLERGAN, INC. (a Delaware corporation); DURATA THERAPEUTICS, INC. (a Delaware corporation); ABBVIE PRODUCTS LLC (a Georgia limited liability company); PHARMACYCLICS LLC (a Delaware limited liability company); ALLERGAN SALES, LLC (a Delaware limited liability company),<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON, and KATHLEEN CHINN, in her official capacity as BOARD PRESIDENT OF THE OREGON BOARD OF PHARMACY; RICHARD JOYCE, in his official capacity as BOARD VICE PRESIDENT OF THE OREGON BOARD OF PHARMACY; and JENNIFER HALL, AMY | Case No.  6:25-CV-01332-IM<br><br>DECLARATION OF SHAUNEE MORGAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Page 1 -    DECLARATION OF SHAUNEE MORGAN IN SUPPORT OF DEFENDANTS' MOTION
　　　　　FOR SUMMARY JUDGMENT

KIRKBRIDE, VICTORIA KROEGER,
PRIYAL PATEL, ANA PINEDO, and
BRYAN SMITH, in their official capacities as
BOARD MEMBERS OF THE OREGON
BOARD OF PHARMACY

        Defendants,

and

OREGON PRIMARY CARE
ASSOCIATION,

        Intervenor.

I, Shaunee Morgan, declare as follows:

1.      I am an Assistant Attorney General in the Oregon Department of Justice representing the Defendants in the above-captioned matter. I am over 18 years of age and have personal knowledge of the facts set forth below. I submit this declaration in support of the Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment.

2.      Attached as Exhibit 1 is a true and correct copy of the expert report of Madeline Wallack, Ph.D., dated March 30, 2026.  Dr. Wallack was retained by the Defendants and Intervenor Oregon Primary Care Association in this matter for the purpose set forth in Dr. Wallack's report.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on June 9, 2026.

                                *s/ Shaunee Morgan*
                                SHAUNEE MORGAN
                                Assistant Attorney General

Page 2 -   DECLARATION OF SHAUNEE MORGAN IN SUPPORT OF DEFENDANTS' MOTION
        FOR SUMMARY JUDGMENT
        S6M/j3b/1023206165

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

# EXHIBIT 1

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER (ECF No. 45, ¶ 4)