*AbbVie v. Rayfield*, Case No. 6:25-cv-01332-IM

**Table of Exhibits**

Exhibit 1      Deposition Transcript of Alice Chen

Exhibit 2      Deposition Transcript of Amitabh Chandra

Exhibit 3      340B Preemption Cases

Exhibit 4      Takings Clause Cases