BRETT A. SHUMATE
*Assistant Attorney General*

MICHELLE R. BENNETT
*Assistant Director, Federal Programs Branch*

ALEXANDER J. YUN (D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for United States of America*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| ABBVIE INC., et al., <br><br> *Plaintiffs*, <br><br> *v.* <br><br> DAN RAYFIELD, in his official capacity as ATTORNEY GENERAL OF THE STATE OF OREGON, et al., <br><br> *Defendants*. | Case No. 6:25-cv-1332 |

**<u>STATEMENT OF INTEREST OF UNITED STATES OF AMERICA</u>**

1 – STATEMENT OF INTEREST OF UNITED STATES OF AMERICA

Pursuant to 28 U.S.C. § 517, the United States of America files this brief statement of interest to advise the Court of its view that the Oregon law at issue here is preempted by federal law.[1] Plaintiff Abbvie, Inc. has submitted as an exhibit a statement of interest filed by the United States in a similar case in the District Court for the Western District of Washington. ECF No. 106-4. As the Oregon law at issue here is materially identical to the Washington law at issue in the Western District of Washington case, the United States believes that the arguments submitted in that statement of interest apply equally to this case.[2] As such, the United States respectfully requests that the Court consider that statement of interest when adjudicating this case.

DATED: JUNE 10, 2026

BRETT A. SHUMATE
*Assistant Attorney General*

MICHELLE R. BENNETT
*Assistant Director, Federal Programs Branch*

*/s/ Alexander J. Yun*
ALEXANDER J. YUN (D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for United States of America*

---

[1] Under 28 U.S.C. § 517, "[t]he Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States." *See also*, *Wortman v. All Nippon Airways*, 854 F.3d 606, 617 (9th Cir. 2017) ("Pursuant to 28 U.S.C. § 517, the United States may submit a statement of interest in a case expressing its views on relevant issues in which it has an interest."); *Berglund v. Boeing Co., Inc.*, 2006 WL 1805965, at *1 (D. Or. June 22, 2006) (United States submitting statement of interest pursuant to 28 U.S.C. § 517).

[2] Since the submission of that statement of interest, the Fourth Circuit granted rehearing en banc in *Pharmaceutical Rsch. & Mfrs. Of Am. V. McCuskey*, 171 F.4th 675 (4th Cir. 2026), which vacates the panel opinion. However, it is the United States' position that the decision to rehear the case in no way diminishes the opinion's power to persuade.

2 – STATEMENT OF INTEREST OF UNITED STATES OF AMERICA